USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

AMIR GOLDSTEIN                          **Stipulation of Dismissal**

            PLAINTIFF                   DOCKET NO. 09-cv-6369 (DAB)

        -against-

DIVERSIFIED ADJUSTMENT SERVICE, INC.

            DEFENDANT

-------------------------------------------------------------------x

        Plaintiff, Amir Goldstein, hereby voluntarily dismisses this
action against defendant, Diversified Adjustment Service, Inc., pursuant
to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice,
and without costs, disbursements, or attorney's fees to either party as
against the other.  The Court is to retain jurisdiction for the purpose
of enforcing the terms of the settlement of the parties.

        An executed faxed copy of this Stipulation shall be deemed as a
signed original.

This __20th___day of _____April_____2010

/s/                                     /s/
_____                 _____
For the plaintiff                       For the defendant
Adam J. Fishbein                        Scott Wortman
483 Chestnut Street                     MEL S. HARRIS & ASSOCIATES, LLC
Cedarhurst, NY 11516                    5 Hanover Square, 8th Floor
                                        New York, NY  10004


                    **SO ORDERED**

                    Deborah A. Batts  6/11/10
                    DEBORAH A. BATTS
                    UNITED STATES DISTRICT JUDGE